UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVELLIA, INC.,<br><br>Plaintiff,<br><br>-v.-<br><br>LAWRENCE MASSE,<br><br>Defendant. | 26 Civ. 8207 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Upon consent of the parties, the preliminary injunction hearing previously scheduled for October 14, 2026, is hereby ADJOURNED to **November 20, 2026**, at **10:00 a.m.**, and the Temporary Restraining Order (*see* Dkt. #14) is EXTENDED through that date.

The parties have also agreed on a briefing and discovery schedule, which the Court ADOPTS:

- **October 17, 2026** — Defendant's responses to Plaintiff's interrogatories and requests for production
- **October 26, 2026** — Defendant's deposition completed
- **November 4, 2026** — Defendant's opposition to Plaintiff's motion for a preliminary injunction
- **November 11, 2026** — Plaintiff's reply

Further, pursuant to communications with the parties, the Court understands that Defendant may wish to seek pre-hearing discovery. To the extent that Defendant seeks this discovery from Plaintiff, the parties should agree upon a schedule and engage in the mutual exchange of discovery. But to

the extent that Defendant seeks this discovery from third parties, this entails a somewhat more complex process which Defendant has not yet followed. *See* Fed. R. Civ. P. 45. To this end, Defendant may find it helpful to consult the free services available at the City Bar Justice Center or from the Court: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ and https://nysd.uscourts.gov/sites/default/files/2018-06/discoveryguide.pdf.

Finally, the Court confirms Defendant's understanding that, in the first instance, the parties should attempt to resolve discovery disputes between themselves, and only if the parties cannot successfully resolve their disputes should they seek the Court's intervention. *See* Individual Rules of Practice in Civil Cases, Rule 2(C)(ii), available at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/KPF%20Failla%20Civil%20Rules%20of%20Practice%20OPERATIVE%20VERSION%20as%20of%205-1-25.pdf.

SO ORDERED.

Dated: October 5, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge